**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7683

MARLIN DAVIS,

                    Petitioner - Appellant,

          v.

WARDEN, Federal Correctional Institution at Estill,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Henry F. Floyd, District Judge.
(3:07-cv-00606-HFF)

Submitted:  June 30, 2009          Decided:  July 21, 2009

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marlin Davis, Appellant Pro Se.  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlin Davis, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. Davis also appeals the district court's order summarily denying his Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Davis v. Warden, No. 3:07-cv-00606-HFF (D.S.C. filed Feb. 12, 2008 & entered Feb. 13, 2008; July 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED